UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **CHARLES HENRY TAYLOR JR #129096** | **CIVIL ACTION NO. 21-cv-215 SEC P** |
| **VERSUS** | **JUDGE DOUGHTY** |
| **JULIAN WHITTINGTON ET AL** | **MAGISTRATE JUDGE HORNSBY** |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge [Doc. No. 15] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

MONROE, LOUISIANA, this 8th day of July 2021.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE